AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

United States of America
v.
PRADO
Schmitt A. Pardo, YOB: 1994

Case No. 1:20MJ22LDA

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  01/06/2020 to 02/19/2020  in the county of _____ in the
_____ District of  Rhode Island , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349; and | Conspiracy to Commit Wire Fraud; and |
| 18 U.S.C. § 1343. | Wire Fraud (Attempt and Aiding & Abetting). |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Rachel Robinson, of the United States Department of Homeland Security Investigation ("HSI").

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Rachel Robinson - HSI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/19/2020

_____
Judge's signature

City and state:  Providence, Rhode Island          Lincoln D. Almond, U.S. Magistrate Judge
_____
Printed name and title