PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT    CASE NO. 1:20 MJ 22 LDA

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: Schmitt A. ~~Pardo~~ Prado

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND    RHODE ISLAND Divisional Office

Address: REDACTED

Name and Office of Person Furnishing Information on THIS FORM: AARON WEISMAN
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): DENISE M. BARTON

☐ Interpreter Required    Dialect: _____

Birth Date: REDACTED

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Department of Homeland Security Investigation (HSI)

Social Security Number: REDACTED

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND   County

### DEFENDANT

Issue: ☒ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
    ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | ☒ Felony ☐ Misdemeanor |
| Max | Penalty: 20 yrs imprisonment; fine twice the | gross gain/loss, 3 yrs S/R; & $100 assessment. | ☐ Felony ☐ Misdemeanor |
| 2 | 18 U.S.C. § 1343 | Wire Fraud (Attempt and Aiding & Abetting) | ☒ Felony ☐ Misdemeanor |
| Max | Penalty: 20 yrs imprisonment; fine twice the | gross gain/loss, 3 yrs S/R; & $100 assessment. | ☐ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: | ☐ Felony ☐ Misdemeanor |